# IN THE SUPREME COURT OF THE STATE OF NEVADA

JUSTEN CADE,
Appellant,
vs.
RESORT HOLDINGS CORRIDOR, LLC,
Respondent.

No. 74699

**FILED**

JAN 24 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on December 19, 2017, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Ronald J. Israel, District Judge
Justen Cade
Eighth District Court Clerk

18-03302